# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-2354

_____

United States of America

*Plaintiff - Appellee*

v.

Jarvis Miranda, also known as Crazy

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: December 31, 2015
Filed: January 6, 2016
[Unpublished]

_____

Before GRUENDER, BENTON and KELLY, Circuit Judges.

_____

PER CURIAM.

Jarvis Miranda directly appeals after he pled guilty to a drug-conspiracy offense and a felon-in-possession offense and the district court[1] sentenced him to a

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

total of 293 months in prison, upon imposing two partially consecutive prison terms. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the district court imposed a substantively unreasonable sentence.

After careful review, we conclude that the district court did not impose a substantively unreasonable sentence. *See United States v. David*, 682 F.3d 1074, 1076-77 (8th Cir. 2012) (discussing appellate review of sentencing decisions); *see also* 18 U.S.C. § 3584 (if multiple terms of imprisonment are imposed at same time, terms may run concurrently or consecutively; as to each offense court shall consider 18 U.S.C. § 3553(a) factors). Furthermore, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____